Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Attorney for Plaintiff and all others similarly situated

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB BENNETT,** individually and on behalf of all others similarly situated, *Plaintiff,* v. **SETSCHEDULE INC.,** a Delaware corporation, *Defendant.* | Case No. 8:20-cv-00422-DOC-KES **NOTICE OF SETTLEMENT** **Honorable David O. Carter** |

    PLEASE TAKE NOTICE that Plaintiff Jacob Bennett and Defendant SetSchedule Inc. have reach a settlement in principal. The parties anticipate filing a Stipulation for Dismissal of the action with prejudice as to the Plaintiff within 60 days. The parties requests that all pending dates and filing requirements as to the parties be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal of the action.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 28, 2020 | By: */s/ Rachel E. Kaufman* |
| | Rachel E. Kaufman |
| | rachel@kaufmanpa.com |
| | KAUFMAN P.A. |
| | 400 NW 26th Street |
| | Miami, FL 33127 |
| | Telephone: (305) 469-5881 |
| | |
| | *Attorney for Plaintiff and the putative Class* |

2

Notice of Settlement
Case No. 8:20-cv-00422-DOC-KES