Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Attorney for Plaintiff and all others similarly situated

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JACOB BENNETT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**SETSCHEDULE INC.,** a Delaware corporation,<br><br>*Defendant.* | Case No. 8:20-cv-00422-DOC-KES<br><br>**STIPULATION OF DISMISSAL**<br><br>**Honorable David O. Carter** |

    PLEASE TAKE NOTICE that Plaintiff Jacob Bennett and Defendant SetSchedule Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

    So Stipulated.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 16, 2020 | By: */s/ Rachel E. Kaufman*<br>Rachel E. Kaufman<br>rachel@kaufmanpa.com<br>KAUFMAN P.A.<br>400 NW 26th Street<br>Miami, FL 33127<br>Telephone: (305) 469-5881 |
|   | *Attorney for Plaintiff and the putative Class* |
| Dated: November 16, 2020 | By: */s/ Stephen D. Weisskopf*<br>Stephen D. Weisskopf<br>sweisskopf@levatolaw.com<br>LEVATOLAW, LLP<br>2029 Century Park East, Suite 420<br>Los Angeles, CA 91423<br>Telephone: (310) 734-2026 |
|   | *Counsel for Defendant* |

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman

2
Stipulation of Dismissal
Case No. 8:20-cv-00422-DOC-KES